ANDREW M. JONES (CA Bar No. 245118)
amjones@fbtlaw.com
THOMAS A. ZEIGLER (CA Bar No. 145053)
tzeigler@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
ZENNZ, INC. AND BURROZ, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION-RIVERSIDE

| | |
|---|---|
| EL BURRO INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZENNZ, INC., a California corporation doing business as EL BURRO TACO SHOP; BURROZ, INC., a California corporation doing business as EL BURRO TACO SHOP; and DOES 1 through 10, Inclusive,<br><br>Defendants. | **CASE NO.:** 5:22-cv-02007-JGB-KK<br><br>**Assigned to:**<br>Honorable Jesus G. Bernal<br>Magistrate Judge Kenly Kiya Kato<br><br>[~~PROPOSED~~] **ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>**Action Filed:** November 14, 2022 |

Pursuant to the parties' Stipulation filed July 31, 2023, and as required by Local Rule 7-1, the Parties' Protective Order is hereby granted and made effective as of the date below. **IT IS SO ORDERED**.

Dated: August 01, 2023

_____
Kenly Kiya Kato
United States Magistrate Judge